UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:16–cv–00909–JVS–KES | Date | April 2, 2018 |
| Title | VALCOR ENGINEERING CORPORATION V. PARKER HANNIFIN CORPORATION | | |

Present: The Honorable  James V. Selna , U. S. District Judge

| Karla Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Joseph Thomas | Paul Gale |
| L. William Kolegraff | Peter Villar |
| Christina Trinh, Perlette Jura, Dhananjay Manthripragada | |

**Proceedings:**    Scheduling Conference

 Cause called and counsel make their appearances. The Court addresses counsel. The Court sets the case management dates as follows: Jury Trial – January 8, 2019 at 8:30 a.m. and Final PreTrial Conference –December 17, 2018 at 11:00 a.m.

 The Court DIRECTS counsel to meet, confer and submit, within 7 days, a stipulation and proposed order setting forth the remainder of the case management dates as referenced on Exhibit A atttached.

:07

Initials of Preparer:  kt