JS - 6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Valcor Enginerring Corp., | ) | SACV 16-00909 JVS (KESx) |
| Plaintiff, | ) ) ) | ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |
| v. | ) | |
| Parker Hannifin Corp., | ) ) | |
| Defendant(s). | ) ) ) | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated. The Court vacates all currently scheduled hearing dates.

DATED: August 13, 2018

_____
James V. Selna
United States District Judge